IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MARCUS MAYHEW CURRY,               )
                                   )
            Petitioner,            )
                                   )
       v.                          )    1:19CV46
                                   )    1:05CR282-1
UNITED STATES OF AMERICA,          )
                                   )
            Respondent.            )

**ORDER**

On February 12, 2020, the United States Magistrate Judge's Recommendation was filed and notice was served on Petitioner pursuant to 28 U.S.C. § 636. Petitioner filed objections (Doc. 121) to the Recommendation within the time limit prescribed by Section 636.

The court has reviewed Petitioner's objections *de novo* and finds they do not change the substance of the United States Magistrate Judge's Recommendation (Doc. 119), which is affirmed and adopted.

IT IS THEREFORE ORDERED that Petitioner's request for relief under the First Step Act is DENIED and that this action is DISMISSED sua sponte without prejudice to Petitioner promptly filing a corrected motion on the proper § 2255 forms if he seeks to attack his sentence under that statute and receives permission to do so from the Court of Appeals for the Fourth Circuit.

                              /s/ Thomas D. Schroeder
                              United States District Judge

March 26, 2020